RUTH GRAND, Respondent, Appellant, v. THEODORE GRAND, Appellant, Respondent.— Order unanimously modified by reducing the alimony to fifty dollars a week and the counsel fee to $500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EAST RIVER SAVINGS BANK, Respondent, v. BEATRICE DETAVARA, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CLARA E. WAGEMANN, Respondent, v. KURT WAGEMANN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENIE R. GARDNER, Also Known as DOROTHY R. GARDNER, Appellant, v. POWELL CRICHTON, as Executor, etc., of ARCHIBALD R. GARDNER, Deceased, Defendant. MRS. HENRY C. GARDNER and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HENRY M. PROPPER, as Temporary Receiver of the Property and Assets within the State of New York of Staatlich Genehmigte Gesellschaft der Autoren, Komponisten und Musikverleger, Commonly Known as A. K. M., Respondent, v. GENE BUCK, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association of More Than Seven Members, Commonly known as ASCAP, Appellant.— Order, so far as appealed from, unanimously modified by disallowing items 7 and 8 contained in plaintiff's notice of motion, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ISIDORE PINCUS, a Taxpayer, Petitioner, Appellant, for an Injunction Order Pursuant to Sections 123 and 124 of the Alcoholic Beverage Control Law, against CHARLES KALL and HELEN DOHERTY, Copartners Doing Buisness under the Trade Name of BAINBRIDGE WINE & LIQUORS, and HENRY E. BRUCKMAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH GEDEON, Respondent, v. DAILY MIRROR, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the amount awarded as punitive damages to the sum of $2,500, so that the judgment as entered shall be reduced to the sum of $5,175.10; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN DRAGONETTE, an Infant, etc., and UMBERTO DRAGONETTE v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH AUERBACH v. GRAND NATIONAL PICTURES, LIMITED. LEWIS CIVVAL, as Liquidator of GRAND NATIONAL PICTURES, LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.